AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rogers, III, Thomas E. | U.S. District Court, SC | 05/24/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge - Full-time | ☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐　Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Post Office Box 2317
Florence, SC 29501

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑　NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑　NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 05/24/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 05/24/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 05/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  1.25 a Florence C (1/2011, $10,000) | | None | J | R | | | | | |
| 2.  Brokerage account # 1 (Marked as # 1) | | | | | | | | | |
| 3.  First Clearing, LLC - Cash balance | | None | J | T | | | | | |
| 4.  # 1 - AT&T Inc. | A | Int./Div. | J | T | | | | | |
| 5.  # 1 - Aimmune Therapeutics Inc | A | Dividend | | | Buy | 01/04/16 | J | | |
| 6. | | | | | Sold | 11/15/16 | J | B | |
| 7.  # 1 - Verizon Communications Com | A | Dividend | J | T | | | | | |
| 8.  # 1 - SC Jobs Econ DV Ath Stdnt 4.25% 8/1/24 "Y" | A | Int./Div. | J | T | | | | | |
| 9.  Brokerage account # 2 (Marked as # 2) | | | | | | | | | |
| 10.  # 2 - Cash balance - First Clearing, LLC | A | Int./Div. | J | T | | | | | |
| 11.  # 2 - Exxon Mobil Corp | A | Dividend | J | T | Sold (part) | 12/16/16 | J | A | |
| 12.  Brokerage account # 3 (Marked as # 3) | | | | | | | | | |
| 13.  # 3 - Ameritrade MMDA Account - Cash balance | A | Int./Div. | J | T | | | | | |
| 14.  # 3 - AT&T Inc Com (T) | | None | | | Buy | 10/20/16 | J | | |
| 15. | | | | | Sold | 10/24/16 | J | A | |
| 16.  # 3 - Aimmune Therapeutics Inc com (AIMT) | | None | | | Buy | 01/02/16 | J | | |
| 17. | | None | | | Sold | 01/04/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | None | | | Buy | 01/05/16 | J | | |
| 19. | | None | | | Sold | 01/06/16 | J | A | |
| 20. | | | | | Buy | 01/06/16 | J | | |
| 21. | | | | | Sold | 01/11/16 | J | A | |
| 22. | | | | | Buy | 01/08/16 | J | | |
| 23. | | | | | Sold | 01/13/16 | J | A | |
| 24. | | None | | | Buy | 01/22/16 | J | | |
| 25. | | None | | | Sold | 01/22/16 | J | A | |
| 26. | | None | | | Buy | 01/02/16 | J | | |
| 27. | | | | | Sold | 01/22/16 | J | A | |
| 28. # 3 - Pharmacyte Biotech Inc Com (PMCB) | | None | | | Buy | 11/30/16 | J | | |
| 29. | | | | | Sold | 12/02/16 | J | A | |
| 30. | | None | | | Buy | 11/29/16 | J | | |
| 31. | | | | | Sold | 12/02/16 | J | A | |
| 32. | | | | | Buy | 11/29/16 | J | | |
| 33. | | | | | Sold | 12/08/16 | J | A | |
| 34. | | | | | Buy | 11/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 05/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 12/12/16 | J | A | |
| 36. | | | | | Buy | 12/21/16 | J | | |
| 37. | | | | | Sold | 12/22/16 | J | A | |
| 38. # 3 - Restoration Hardware Hldgs Inc N/C | | None | | | Buy | 09/08/16 | J | | |
| 39. | | | | | Sold | 09/09/16 | J | A | |
| 40. # 3 - Sarepta Therapeutics Inc. Com (SRPT) | | None | | | Buy | 09/19/16 | J | | |
| 41. | | | | | Sold | 09/19/16 | J | A | |
| 42. | | | | | Buy | 09/19/16 | J | | |
| 43. | | | | | Sold | 09/19/16 | J | A | |
| 44. | | | | | Buy | 09/20/16 | J | | |
| 45. | | | | | Sold | 09/20/16 | J | A | |
| 46. | | | | | Buy | 09/20/16 | J | | |
| 47. | | | | | Sold | 09/30/16 | J | A | |
| 48. | | | | | Buy | 10/17/16 | J | | |
| 49. | | | | | Sold | 10/18/16 | J | A | |
| 50. | | | | | Buy | 11/09/16 | J | | |
| 51. | | | | | Sold | 11/09/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 05/24/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. # 3 - Summit Therapeutics PLC ADR (SMMT) | | None | | | Buy | 10/04/16 | J | | |
| 53. | | None | | | Sold | 10/04/16 | J | A | |
| 54. # 3 - Synergy Pharmaceuticals Inc Com (SGYP) | | None | | | Buy | 01/02/16 | J | | |
| 55. | | None | | | Sold | 12/09/16 | J | A | |
| 56. # 3 -Sarepta Therapeutics Inc SRPT Sep 02 2016 (SRPT) | | None | | | Buy | 8/24/16 | J | | |
| 57. | | | | | Sold | 09/02/16 | J | A | |
| 58. # 3 - Sarepta Therapeutics Inc SRPT Jan 19 2018 (SRPT) | | None | | | Buy | 09/19/16 | J | | |
| 59. | | | | | Sold | 11/03/16 | J | A | |
| 60. # 3 - Pharmacyte Biotech Inc Com (PMCB) | | None | J | T | Buy | 12/21/16 | J | | |
| 61. # 3 - Synergy Pharmaceuticals Inc Com (SGYP) | | None | J | T | Buy | 12/09/16 | J | | |
| 62. South State Bank (also called South Carolina Bank & Trust) checking | | None | J | T | | | | | |
| 63. NBSC (also called National Bank of South Carolina) | A | Interest | J | T | | | | | |
| 64. Wells Fargo, NA | A | Interest | J | T | | | | | |
| 65. Equitable Variable: EQ Aggressive (whole life policy) | | None | J | T | | | | | |
| 66. Jefferson-Pilot Adjustable Life policy | | None | J | T | | | | | |
| 67. UGMA # A (Marked as # A) | | | | | | | | | |
| 68. # A - Capital World Growth & Income Fund Inc Cl C (CWGCX) | A | Dividend | | | Merged (with line 69) | 12/13/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 05/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. # A - Capital World Growth & Income Fund - Class F-1 (CWGFX) | A | Dividend | J | T | | | | | |
| 70. # A - First Clearing , LLC - Cash balance | A | Interest | J | T | | | | | |
| 71. # A American Fds Washington Mut (Edu Svgs Acct)(no control) | A | Int./Div. | J | T | | | | | |
| 72. UGMA # A, Trust 1 (Marked as # AT1) | | | | | | | | | |
| 73. # AT1 - First Clearing, LLC - Cash balance | A | Int./Div. | J | T | | | | | |
| 74. # AT1 - AT&T Inc. (T) | A | Dividend | J | T | | | | | |
| 75. # AT1 - Russell Invt Co Multi-stragegy (RMSSX) | | None | | | Sold (part) | 01/22/16 | J | A | |
| 76. | | | | | Sold | 01/22/16 | J | A | |
| 77. # AT1 - Russell Invt Co Global Infrastructure Fd Class S (RGISX) | A | Dividend | | | Sold (part) | 01/22/16 | J | A | |
| 78. | | | | | Sold | 01/22/16 | J | A | |
| 79. # AT1 - Russell Invt Co Commodity Strategies Fd Cl S (RCCSX) | A | Dividend | | | Sold (part) | 01/22/16 | J | A | |
| 80. | | | | | Sold | 01/22/16 | J | A | |
| 81. # AT1 - Russell Invt Co Global Opportunistic Cr Fd Cl S (RGCSX) | | None | | | Sold | 01/22/16 | J | A | |
| 82. # AT1 - Russell Emerging Mkts Cl S (REMSX) | A | Dividend | | | Sold (part) | 01/22/16 | J | A | |
| 83. | | | | | Sold | 01/22/16 | J | A | |
| 84. # AT1 Russell Invt Co Global Real Estate Secs Fd Cl S (RRESX) | A | Dividend | | | Sold (part) | 01/22/16 | J | A | |
| 85. | | | | | Sold | 01/22/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 05/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. # AT1 - Russell Glbl Eqty Class S (RGESX) | A | Dividend | | | Sold (part) | 01/22/16 | J | A | |
| 87. | | | | | Sold | 01/22/16 | J | A | |
| 88. # AT1 - Russell US Small Cap Equity Class S (RLESX) | A | Dividend | | | Sold (part) | 01/22/16 | J | A | |
| 89. | | | | | Sold | 01/22/16 | J | A | |
| 90. # AT1 - Russell Intl Develpd Mkts Fd Class S (RINTX) | A | Dividend | | | Sold (part) | 01/22/16 | J | A | |
| 91. | | | | | Sold | 01/22/16 | J | A | |
| 92. # AT1 - Russell Invt Co US Strategic Equity Fd Class S (RSESX) | A | Dividend | | | Sold (part) | 01/22/16 | J | A | |
| 93. | | | | | Sold | 01/22/16 | J | A | |
| 94. # ATI - Thornburg Invt Tr Global Opportunities Fd (THOCX) | A | Dividend | J | T | Buy | 01/26/16 | J | | |
| 95. | | | | | Sold (part) | 06/27/16 | J | A | |
| 96. # AT1 - Hartford Fortis Funds (HGOCX) | A | Dividend | K | T | Buy | 01/26/16 | K | | |
| 97. # AT1 - Hartford Mut Fds Inc (HIOCX) | A | Dividend | J | T | Buy | 01/26/16 | J | | |
| 98. # ATI - Hartford Mut Fds (HDGCX) | A | Dividend | K | T | Buy | 01/26/16 | K | | |
| 99. # ATI - MFS Ser Tr XIII (DIFCX) | A | Dividend | J | T | Buy | 01/26/16 | J | | |
| 100. # AT1 - Principal Fds Inc (PMSCX) | A | Dividend | J | T | Buy | 01/26/16 | J | | |
| 101. # ATI - Thorburg Invt Tr (THOCX) | A | Dividend | J | T | Buy | 01/26/16 | J | | |
| 102. UGMA # B (Marked ad # B) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 05/24/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  # B - Capital Worl-Growth & Income Fund Inc, Cl C (CWGCX) | A | Dividend | | | Merged (with line 104) | 12/13/16 | J | A | |
| 104.  # B - Capital World Growth & Income Fund - F-1 (CWGFX) | A | Dividend | J | T | | | | | |
| 105.  # B First Clearing , LLC - Cash balance | A | Interest | J | T | | | | | |
| 106.  # B Columbia Mgmt Futre Schol 529 Collge Svng Pl (no control) | A | Int./Div. | J | T | | | | | |
| 107.  # B - BP PLC stock | A | Dividend | J | T | | | | | |
| 108.  1/2 condo Murrells Inlet, SC, Georgetown County Buyer John J Fishkind | A | Rent | | | Sold | 06/24/16 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, III, Thomas E. | 05/24/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, page 4, line 1, Column B(1) for 1.25 acres Florence County received no rental income for the year therefore, column B(2) is "None".

Part VII Investmenst and Trust, line 62 South State Bank. SCB&T (also known as South Carolina Bank & Trust) changed names to South State Bank.

Part VII Investments and Trust, line 68 and 103 Capital World Growth & Income Fd Inc Cl C (CWGCX) converts to Class F-1 shares after 10 years. The exchange took place on 12/13/2016 and they were combined with lines 69 and 104. The converted shares are called Capital World Growth & Income Fund-Class F-1 (CWCFX).

Part VII, lines 3, 10, 13, 70,73, and 105 are the money market account portions of the brokerage accounts which act as sweep accounts for uninvested cash in that specific brokerage account. We believe these to be a widely held accounts because they are a part of the brokerage accounts.

Part VII, lines 2, 9, 12, 67, 72, and 102 are header lines for the investments listed below the specific line.

Part VII, line 108 1/2 condo, Murrells Inlet, SC, Georgetown county. The parents gifted the condo in 2013 to the participant and his sister. The siblings then placed the condo in an LLC of which each retained a 50% ownership. Since the condo was sold in 2016 the proceeds from this sale were distributed to the two partners and the partnership (LLC) was dissolved. A final partnership return was filed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Thomas E. Rogers, III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544